No. 1775. El Pueblo, Apelado, v. Nevarez, Apelante.— Corte de Distrito de San Juan, Sección Segunda. Infracción del artículo 162 del Código Penal. Resuelto en enero 12, 1922. Siendo éste un caso de evidencia contradictoria y no habiéndose demostrado que la corte inferior actuara con pasión, prejuicio o parcialidad o que cometiera error manifiesto, se declara sin lugar el recurso y se confirma la sentencia.

No. 1830. El Pueblo, Apelado, v. Santiago et al., Apelantes.—Corte de Distrito de San Juan, Distrito Segundo. Acometimiento y agresión grave. Resuelto en enero 12, 1922. No existiendo pliego de excepciones, relación de hechos ni alegato y no apareciendo error fundamental alguno de los autos, se confirma la sentencia.

No. 1787. El Pueblo, Apelado, v. Lebrón, Apelante.— Corte de Distrito de Guayama. Resuelto en enero 12, 1922. No apareciendo de los autos que se haya alegado ni cometido error fundamental alguno, se confirma la sentencia.

No. 205. Honoré, Peticionario, v. Toro, Comisionado de Agricultura, Demandado.—*Mandamus.* Resuelto en enero 13, 1922. No estimando suficientes las razones alegadas para invocar la jurisdicción original de esta corte, visto el artículo 69 del Reglamento, no ha lugar a expedir el auto.

No. 1806. El Pueblo, Apelado, v. Cruz, Apelante.— Corte de Distrito de Arecibo. Resuelto en enero 13, 1922. Acometimiento y agresión con agravantes. No existe pliego de excepciones, relación de pruebas ni alegato y no apareciendo que se haya cometido error fundamental alguno, se confirma la sentencia.

No. 1781. El Pueblo, Apelado, v. Martínez, Apelante.— Infracción a la ley de arbitrios. Resuelto en enero 13, 1922. Por los fundamentos del caso *El Pueblo* v. *Negrón,* 29 D. P. R. 55 y no apareciendo error fundamental alguno de los autos, se confirma la sentencia.